UNITED STATES of America, ex rel.,
Philipp J. Kessler, Plaintiff—
Appellant–Cross–Appellee

v.

SIGMA COATINGS USA BV,
Defendant—Appellee–
Cross–Appellant.

No. 08–30734.

United States Court of Appeals,
Fifth Circuit.

Sept. 10, 2009.

Randall Alan Smith, Michael Warren Hill, Smith & Fawer, New Orleans, LA, Suite C, Smith & Fawer LLC, Ridgeland, MS, for Plaintiff–Appellant–Cross–Appellee.

Harry A Rosenberg, Phelps Dunbar, New Orleans, LA, for Defendant–Appellee–Cross–Appellant.

Before WIENER, GARZA, and ELROD, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant–Cross–Appellee Phillip J. Kessler appeals the district court's ruling against him on his False Claims Act allegations that Defendant–Appellee–Cross–Appellant Sigma Coatings USA BV ("Sigma") defrauded the United States by "systematically overcharging" the Navy for its marine coating products. Sigma cross-appeals the district court's denial of its request for attorneys' fees. Having

heard the arguments of opposing counsel and having reviewed the record on appeal and the applicable law, we perceive no reversible error in the district court's rulings. Therefore, the judgment of that court is, in all respects,

AFFIRMED.

* Pursuant. to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.